# STEPHEN P. CURTIS, ATTORNEY AT LAW, P.C.

A PROFESSIONAL CORPORATION
6747 ACADEMY ROAD NE, SUITE D
ALBUQUERQUE, NEW MEXICO 87109

| E-MAIL | TELEPHONE | FACSIMILE |
|---|---|---|
| abqcurtis@gmail.com | (505) 884-9999 | (505) 884-1404 |

June 25, 2020

E-MAIL TO sos.elections@state.nm.us

New Mexico Office of the Secretary of State
Bureau of Elections
Capital Annex North
325 Don Gaspar, Suite 300
Santa Fe, NM 87501

Re:   Libertarian Party Primary Recount

Ladies and Gentlemen:

    This constitutes an application for a recount pursuant to §1-14-14(B), NMSA 1978, in the primary election for the Libertarian Party in which I was a candidate for Judge of the Court of Appeals, Division 2. We are prepared to deposit sufficient cash or a sufficient surety bond to cover the cost of a recount, but we need to know what the estimated cost for the recount is. As I stated in my e-mail to you dated June 19, 2020, to which I have not received a response, the published figures clearly apply only to a recount for the Republican or Democrat Party. Since the votes cast in the Libertarian primary were approximately 1% of the votes cast in the Republican or Democrat primary, the estimated cost for the recount for the Libertarian Party must necessarily be far less than the amounts published by the Secretary of State. Once we know the estimated cost for a recount of the Libertarian votes, the appropriate cash or surety bond will be deposited with the Secretary of State.

    Please provide me with the estimated cost for a Libertarian Party statewide candidate recount. Thank you for your immediate attention to this matter.

Very truly yours,

Stephen P. Curtis

SPC/fm
cc:   Maggie Toulouse Oliver, Secretary of State
       Chris Luchini, Chair, Libertarian Party of New Mexico

**Exhibit 2**

MEMBER OF NEW MEXICO BAR AND ARIZONA BAR