| | |
|---|---|
| **From:** | Chris Luchini |
| **To:** | Romero, Alicia, SOS |
| **Subject:** | Re: [EXT] Fwd: Send this to SoS |
| **Date:** | Tuesday, June 30, 2020 3:20:25 PM |

The wire transfer was initiated yesterday However it can't arrive the same day when it started so late due to a lack of wire instructions.

Please call me on the phone 505-690-5008. We've identified a systematic error with a reporting from the machines used to tabulate late absentee ballots with write on ballots.

The Los Alamos county clerk and I have discussed this and we have evidence from the bernalillo county clerk that exactly the same error happened.

We would like to resolve this without the formality of recounts and lawsuits. This is simply a matter of a data entry error.

On Tue, Jun 30, 2020, 11:28 AM Romero, Alicia, SOS <Alicia.Romero2@state.nm.us> wrote:

> Good Morning:
>
> I am writing to confirm if the deposit was made yesterday to move forward with the recount for the 182 precincts listed below?
>
> Thank you,
>
> Alicia
>
> **Email_Signature_Logo**
>
> **Alicia Romero | Deputy Elections Director**
>
> New Mexico Office of the Secretary of State
>
> 325 Don Gaspar, Ste. 300 | Santa Fe, NM 87501
>
> Desk: (505) 827-3637

Exhibit 5

Alicia.Romero2@state.nm.us

**Follow us on Facebook + Twitter**

**From:** Chris Luchini [mailto:chair@lpnm.us]
**Sent:** Monday, June 29, 2020 5:07 PM
**To:** Romero, Alicia, SOS <Alicia.Romero2@state.nm.us>
**Cc:** Stephen Curtis <abqcurtis@gmail.com>; Joshua C. <joshua.chappell@hotmail.com>; Chris Wiest <Chris@cwiestlaw.com>; Nicholas Sarwark <chair@lp.org>
**Subject:** [EXT] Fwd: Send this to SoS

You failed to provide wiring instructions until 4:58 pm today.

See below communication from Mr Curti's campaign.

To: Secretary of State:

The Los Alamos Clerk's office indicated that the discrepancy between the certified County canvas and that submitted to the State Canvassing Board was due to the use of the ICC machines to count absentee ballots. I believe that both Bernalillo and Dona Ana county use those same machines, and may have made a similar error.

We have still not received wire or bond deposit instructions from your office.

We intend to recount the below precincts.

Stephen P Curtis.

Bernalillo:
PCT 333
PCT 446
PCT 155
PCT 176
PCT 244
PCT 324
PCT 404
PCT 514
PCT 530
PCT 531
PCT 552
PCT 595
PCT 597
PCT 026
PCT 057
PCT 081
PCT 086
PCT 134
PCT 205
PCT 218
PCT 243
PCT 253
PCT 261
PCT 264
PCT 275
PCT 362
PCT 375
PCT 383
PCT 416
PCT 420
PCT 435
PCT 463
PCT 466
PCT 481
PCT 488
PCT 489
PCT 502
PCT 505
PCT 511
PCT 512
PCT 522
PCT 533
PCT 540
PCT 546
PCT 549
PCT 553
PCT 557

PCT 563
PCT 577
PCT 579
PCT 580
PCT 587
PCT 603
PCT 004
PCT 012
PCT 037
PCT 046
PCT 060
PCT 062
PCT 065
PCT 076
PCT 079
PCT 084
PCT 102
PCT 103
PCT 117
PCT 127
PCT 129
PCT 136
PCT 138
PCT 148
PCT 159
PCT 161
PCT 171
PCT 173
PCT 179
PCT 182
PCT 186
PCT 206
PCT 208
PCT 221
PCT 230
PCT 232
PCT 241
PCT 249
PCT 251
PCT 273
PCT 274
PCT 285
PCT 289
PCT 301
PCT 328
PCT 339
PCT 346
PCT 348
PCT 349
PCT 374

PCT 382
PCT 389
PCT 402
PCT 405
PCT 407
PCT 409
PCT 422
PCT 425
PCT 429
PCT 432
PCT 452
PCT 465
PCT 469
PCT 472
PCT 476
PCT 477
PCT 482
PCT 486
PCT 487
PCT 498
PCT 513
PCT 518
PCT 529
PCT 535
PCT 539
PCT 542
PCT 543
PCT 555
PCT 556
PCT 560
PCT 576
PCT 586
PCT 590
PCT 606
PCT 607


Dona Ana

PRECINCT 107
PRECINCT 083
PRECINCT 103
PRECINCT 124
PRECINCT 133
PRECINCT 015
PRECINCT 021
PRECINCT 039
PRECINCT 050
PRECINCT 052
PRECINCT 110

PRECINCT 116
PRECINCT 122
PRECINCT 127
PRECINCT 136
PRECINCT 137
PRECINCT 144
PRECINCT 167


Sandoval:

PCT 046
PCT 123
PCT 124
PCT 139
PCT 003
PCT 033
PCT 052
PCT 067
PCT 111
PCT 129
PCT 006
PCT 018
PCT 028
PCT 035
PCT 036
PCT 041
PCT 042
PCT 043
PCT 063
PCT 065
PCT 070
PCT 075
PCT 081
PCT 088
PCT 089
PCT 105
PCT 107
PCT 109
PCT 114
PCT 127
PCT 131
PCT 136


--

Chair

Libertarian Party of New Mexico

**LIVE FREE! >> JOIN NOW**

8100 Wyoming Blvd NE Ste M4, #341

Albuquerque NM 87113

505-225-1119
575-680-3122

**888-LPNMNOW**

On the web: http://www.lpnm.us

Facebook: https://www.facebook.com/LPNewMexico/