# STEPHEN P. CURTIS, ATTORNEY AT LAW, P.C.

A PROFESSIONAL CORPORATION
6747 ACADEMY ROAD NE, SUITE D
ALBUQUERQUE, NEW MEXICO 87109

TELEPHONE
(505) 884-9999

E-MAIL
abqcurtis@gmail.com

July 1, 2020

E-MAIL TO sos.elections@state.nm.us

New Mexico Office of the Secretary of State
Bureau of Elections
Capital Annex North
325 Don Gaspar, Suite 300
Santa Fe, NM 87501

Re:   Libertarian Party Primary; Correction of Errors

Ladies and Gentlemen:

Although we have asked for a recount in the Counties of Bernalillo, Sandoval, Dona Ana, Santa Fe, San Juan, Chaves and Los Alamos, a recount should not be necessary. We have learned that the write-in votes for me weren't counted in Los Alamos County, and the Clerk in that County has corrected the problem. Apparently, even though the balloon for a write-in vote was checked on the ballots, the judges did not look at the name that was written in and complete the tally. The Clerk in Los Alamos County will be happy to explain this situation to you. In looking at the tabulation of the votes from Bernalillo County, it appears that the same error occurred even though there were several hundred balloons checked for a write-in vote, only 38 were counted. This means that the judges simply did not look at the name that was written in and put that on the official tally. We suspect that this happened in numerous Counties throughout the State, and you should advise the clerks to do a proper count. This should not constitute a recount, since write-in votes were never counted to begin with, and the Libertarian Party should not be expected to pay for a recount. It appears that the judges counting these ballots simply were not provided with the proper instructions on how to conduct the counting of ballots.

We would greatly appreciate the Secretary of State's assistance in correcting this error by the numerous counties. If you are unable to do this, we will proceed with the application for a recount. It is fairly clear that the recount will affect the result. Thank you for your attention to this matter.

Very truly yours,

Stephen P. Curtis

cc:   Maggie Toulouse Oliver, Secretary of State
      Chris Luchini, Chair, Libertarian Party of New Mexico

Exhibit 7

MEMBER OF NEW MEXICO BAR AND ARIZONA BAR