| | |
|---|---|
| **From:** | Romero, Alicia, SOS |
| **To:** | Chris Luchini |
| **Subject:** | RE: [EXT] Stephen P Curtis status. |
| **Date:** | Monday, June 29, 2020 4:46:00 PM |

Good Afternoon:

The number of votes reflected would not be sufficient to move Mr. Curtis on to the General Election at this time.   Based on the approved per precinct per day rate, for a statewide recount of all precincts with Libertarian votes cast the cost would be $3,573,400.  The deadline to make the necessary deposit is today, and the necessary numbers for doing a wire transfer are as follows:

Routing #: ███████

Account #: ███████

**Email_Signature_Logo**

**Alicia Romero | Deputy Elections Director**

New Mexico Office of the Secretary of State

325 Don Gaspar, Ste. 300 | Santa Fe, NM 87501

Desk: (505) 827-3637

Alicia.Romero2@state.nm.us

**Follow us on Facebook + Twitter**

**From:** Chris Luchini [mailto:chair@lpnm.us]
**Sent:** Monday, June 29, 2020 3:20 PM
**To:** Romero, Alicia, SOS <Alicia.Romero2@state.nm.us>; Elections, SOS, SOS <SOS.Elections@state.nm.us>
**Subject:** [EXT] Stephen P Curtis status.

The candidate portal shows Stephen P Curtis qualified for the Judge of the Court of Appeals Position 2, while the 'final' primary totals show him at 204 ballots.

If the portal is correct and Curtis is qualified for the November ballot, it removes our need for a recount.

--
Chair
Libertarian Party of New Mexico

**LIVE FREE! >> JOIN NOW**

8100 Wyoming Blvd NE Ste M4, #341
Albuquerque NM 87113

Exhibit 3

505-225-1119
575-680-3122
**888-LPNMNOW**

On the web: http://www.lpnm.us
Facebook: https://www.facebook.com/LPNewMexico/