## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

### Clerk's Minutes
### Before the Honorable James O. Browning

| | |
|---|---|
| **CASE NO.** 20CV748-JB-JHR | **DATE:** August 14, 2020 |
| **TITLE:** *Curtis vs. Oliver* | |
| **COURTROOM CLERK:** J. Wright | **COURT REPORTER:** J. Bean |
| **COURT IN SESSION:** 1:25PM-1:52PM | **TOTAL TIME:** 27 MINUTES |

**TYPE OF PROCEEDING:** MOTIONS TO QUASH SUBPOENAE – [DOCS 16, 17, AND 21]

**COURT RULING:**   NONE – HELD IN ABEYANCE

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**
  Christ Wiest
  Stephen Curtis

**ATTORNEYS PRESENT FOR DEFENDANT(S):**
  Dylan Lange
  Ken Martinez for Bernalillo County
  Nelson Goodin for DOÑA ANA County
  Natalia Sanchez-Downey for
  Robin Hammer for Sandoval County
  David Mann for Sandoval County

**PROCEEDINGS:**

1:25PM   COURT IN SESSION; COUNSEL ENTER APPEARANCES; ALL COUNSEL APPEAR BY ZOOM;

1:31PM   COURT ADVISES THE MEMORANDUM OPINION REGARDING THE TEMPORARY RESTRAINING ORDER HAS BEEN FILED AND HE HAS GRANTED THE TRO.

1:33PM   KEN MARTINEZ FOR BERNALILLO COUNTY STATES HIS ISSUE HAS BEEN RESOLVED AS THEY SIMPLY NEEDED THE ORDER. A METHOD HAS BEEN WORKED OUT TO PERFORM THE RECOUNT. THEY WILL HAVE THIS DONE BY 10 PM.

1:36PM   MR. MANN STATES THE REVIEW OF BALLOTS WILL BE AVAILABLE TONIGHT; WOULD ASK THAT PRECINCT NUMBERS WILL BE REDACTED.  THE TALLY SHEETS AND CANVAS SUMMARY INFORMATION ALSO CONTAINS PRECINCT INFORMATION AND WOULD LIKE

|  |  |
|---|---|
| | THAT REDACTED. ANTICIPATES THEY WILL BE READY ABOUT 5 PM. |
| 1:37PM | MR. GOODIN FOR DOÑA ANA COUNTY HAS DISCLOSED THE CANVAS SHEET AND TALLY INFORMATION TO PLAINTIFF. IT WILL TAKE SEVERAL WORKING DAYS TO GET THE IMAGES READY FOR THE PLAINTIFF. |
| 1:39PM | COURT INQUIRES IF PLAINTIFFS ARE HAPPY WITH THE EFFORTS MADE BY THE COUNTIES. THEY DO NOT NEED INDIVIDUAL PRECINCT INFORMATION. PLAINTIFF STATES THEY ARE HAPPY TO WORK OUT STIPULATED ORDERS AND WORK WITH THE COUNTIES FOR EXTENSIONS. |
| 1:40PM | COURT CLARIFIES THAT THE COUNTIES WILL EITHER WITHDRAW THEIR MOTIONS OR AN ORDER WILL BE ENTERED. |
| 1:42PM | SANDOVAL COUNTY STATES THEY WOULD BE HAPPY TO JOIN IN THE ORDER BEING DRAFTED BY BERNALILLO COUNTY. |
| 1:42PM | DOÑA ANA COUNTY STATES THEY CANNOT COMPLY BY 10 PM TONIGHT AND THAT IS THEIR ONLY CONCERN. |
| 1:43PM | MR. LANGE QUESTIONS WHICH PROCEDURE WILL BE USED BY EACH COUNTY AND WANTS TO BE SURE THAT ONLY MEMBERS OF PRECINCT BOARDS CAN HANDLE THE MATERIALS. BALLOT IMAGES HAVE NEVER BEEN USED BEFORE. |
| 1:48PM | COURT DIRECTS THAT THE COURT ORDER BE CIRCULATED AMONG ALL PARTIES TO BE CERTAIN OF FORM OF ORDER AND CONTENT. |
| 1:49PM | COUNSEL HAVE NOTHING FURTHER. |
| 1:50PM | COURT STANDS IN RECESS. |