IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEPHEN P. CURTIS; LIBERTARIAN
PARTY OF NEW MEXICO; CHRIS
LUCHINI; and RANOTA Q. BANKS,

    Plaintiffs,

vs.   No. CIV 20-0748 JB\JHR

MAGGIE TOULOUSE OLIVER,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Agreed Final Order, filed August 17, 2020 (Doc. 29)("Order"). In the Order, the Court permanently enjoins and directs Defendant Maggie Toulouse Oliver to place Plaintiff Stephen P. Curtis on the 2020 general election ballot for Position 2 on the Court of Appeals of New Mexico. See Order at 2. Because the Order disposes of all issues and claims before the Court, and there are no issues remaining for the Court to resolve, the Court now enters Final Judgment in this matter.

**IT IS ORDERED** that: (i) the claims against Defendant Maggie Toulouse Oliver are dismissed with prejudice; (ii) Secretary Toulouse Oliver is permanently enjoined and must place Plaintiff Stephen P. Curtis on the 2020 general election ballot as a candidate for Position 2 on the Court of Appeals of New Mexico; (iii) the case, all parties, and all claims are hereby dismissed; and (iv) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel:*

Stephen P. Curtis
Stephen P. Curtis Attorney at Law PC
Albuquerque, New Mexico

--and--

Christopher D. Wiest
Crestview Hills, Kentucky

    *Attorneys for the Plaintiffs*

Dylan K. Lange
  General Counsel to the Office of the
    Secretary of State of New Mexico
Santa Fe, New Mexico

    *Attorney for the Defendant*

Robin S. Hammer
  Sandoval County Attorney
David C. Mann
  Sandoval County Deputy Attorney
Bernalillo, New Mexico

    *Attorneys for Sandoval County Clerk Eileen Garbagni*

Nelson J. Goodwin
  Doña Ana County Attorney
Las Cruces, New Mexico

    *Attorney for Doña Ana County Clerk Amanda Lopez Askin*

W. Ken Martinez
  Bernalillo County Attorney
Natalia Sanchez Downey
  Bernalillo County Assistant Attorney
Albuquerque, New Mexico

    *Attorneys for Bernalillo County Clerk Linda Stover*