# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

STEPHEN P. CURTIS,
LIBERTARIAN PARTY OF NEW MEXICO,
CHRIS LUCHINI
and
RANOTA Q. BANKS,

        Plaintiffs,

v.                                                                      1:20-cv-00748-JB-JHR

MAGGIE TOULOUSE OLIVER,
in her official capacity as Secretary of State of New Mexico,

        Defendant.

## ORDER ON JOINT MOTION TO ENTER AGREED ORDER EXTENDING TIME TO FILE MOTION FOR FEES AND COSTS

The Plaintiffs time to submit a motion for fees or costs under 42 USC 1988 is, for good cause shown, extended an additional 14 days to September 30, 2020.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE